4-17-2023

Honorable Judge W. I. Arbuckle
Civil Case Docket No. 4:20-cv-00652
Nieves vs. The D.O.C.

FILED
WILLIAMSPORT
APR 20 2023
PER ___EA___
DEPUTY CLERK

The public eye may see that,

1# Attorney General, to D.O.C. Defendents are favered by a civil court extension of time knowing their gilty to the max stated lomance when witnessing injuries to yet my denied case requested discovery, I am set to and for civil trial anytime.

2# A good reason to see show and proove facts on in our state justice system me and tons of others held and violated against their will in favers for others in this state.

Please feel free for up-coming prosicution or relief be ever granted.

In Respects to the counts on this submited civil case on D.O.C. officials Requesting moor time to give corrupted D.O.C. Housing S.C.I. Prison officials time To Find and dig-up things on me by using Inmates / Psychological warfair and good old corruption / just like the Dropped false criminal charges from S.C.I. Houtzdale to this great place of S.C.I. Forest.

Thank you.

Sincerley

Plaintiff
Luis Nieves
QB-6913

Co/made.

Smart Communications / PA DOC
Inmate Name LUIS NIEVES    DC # QB-6913
SCI Forest
PO Box 33028
St Petersburg, FL 33733

RECEIVED
WILLIAMSPORT

APR 20 2023

PER EA
DEPUTY CLERK

To Honorable Judge William I. Arbuckle
At the
United States District Courts
For the
Middle District of Pennsylvania
U.S. Courthouse Suite 218,
240, West Third Street
Williamsport PA 17701-6460.

Copy Made.

Legal Mail.